The People of the State of Colorado, Plaintiff-Appellee, v. Stephen Joseph Balog, Defendant-Appellant. No. 19CA0964
Court of Appeals of Colorado, Sixth Division
October 7, 2021
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 
 Jefferson County District Court No. 17CR4178 Honorable Todd
 L. Vriesman, Judge
 
 
 
 OPINION
 
 
 
 WELLING, JUDGE
 
 
 JUDGMENT
 REVERSED AND CASE REMANDED WITH DIRECTIONS
 
 
 Fox
 and Johnson, JJ., concur